## AFFIRMATIVE INSURANCE CO., Respondent,

v.

## Lonnell L. WALKER, Sr., Appellant.

### No. ED 96312.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 25, 2011.

Karen T. Louis, Florissant, MO, for appellant.

Leonard Komen, Clayton, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Lonnell L. Walker, Sr., appeals the judgment entered against him in this breach-of-fiduciary-duty action. An opinion would have no precedential value. The trial court's judgment is supported by substantial evidence and no error of law ap-

pears. We affirm. Rule 84.16(b)(1) and (5).